LARNIE RICHARDSON et al., Respondents, *v.* CANNOLD HOLDING CORP., Appellant and Third-Party Plaintiff-Respondent. MANHATTAN & BRONX ELECTRIC WIRE & CABLE CORP., Third-Party Defendant-Appellant.

Argued March 8, 1955; decided April 21, 1955.

934

*Richard Formidoni* and *Leo M. Brimmer* for appellant and third-party plaintiff-respondent.

*Victor Fiddler, Bernard Katzen, William H. Stieglitz, Harry Schechter* and *Raymond C. Green* for third-party defendant-appellant.

*Benjamin H. Siff* for respondents.

Judgment affirmed, with separate bills of costs to the plaintiffs-respondents and the third-party plaintiff-respondent. No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.